**STIP**
**MATTHEW STROMENGER, ESQ.**
Nevada State Bar No. 15464
THE MATIAN FIRM A.P.C.
400 S. 4th Street, Suite #215
Las Vegas, Nevada 89101
Telephone: (725) 218-3870
Facsimile:  (725) 218-3871
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-MJ-00531-DJA-1 |
| Plaintiff, | |
| vs. | ORDER    to Continue Status Check |
| JOSE ARCOS-TRUJILLO, | |
| Defendant, | |

IT IS HEREBY STIPULATED AND AGREED , by and between ANGELIA MARMORSTEIN, United Stated Attorney, and IMANI DIXON, ESQ., Assistant United States Attorney, counsel for the United States of America, and Matthew Stromenger, counsel for JOSE ARCOS-TRUJILLONDEZ, that the Status Check currently scheduled for October 6, 2023 at 11:30 a.m. be continued for not less than four (4) weeks to a date convenient for the Court.

The Stipulation is entered into for the following reasons:

1. Defendant Arcos-Trujillo has been incarcerated in ICE custody for the past 120 days and does not object to the continuance.
2. Defendant has completed all requirements except for the 8-hour Alcohol Awareness class.
3. The parties agree to the continuance.

1

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.
5. For the above stated reasons, the parties agree that a continuance of the Status Check would best serve the ends of justice in this case.

Dated this 5th day of October 2023.

Dated: October 5, 2023                     By: */s/ Imani Dixon*
                                           IMANI DIXON, ESQ.
                                           Assistant United States Attorney

Dated: October 5, 2023                     By: */s/ Matthew Stromenger*
                                           MATTHEW STROMENGER, ESQ.
                                           Counsel for JOSE ARCOS-TRUJILLO

IN THE UNITED STATES DISTRICT COURT

FPR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ARCOS-TRUJILLO,<br><br>Defendant, | Case No.: 2:22-MJ-00531-DJA-1 |

## FINDING OF FACTS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the first Status Check continuance request.
2. Defendant has completed all requirements except for the 8-hour Alcohol Awareness class.
3. Defendant needs additional time to complete sentencing requirements.
4. Defendant Arcos-Trujillo has been incarcerated in ICE custody for the past 120 days and does not object to the continuance.
5. The parties agree to the continuance.
6. Additionally, denial of this request for continuance could result in a miscarriage of justice.
7. For the above stated reasons, the parties agree that a continuance of the Status Check would best serve the ends of justice in this case.

ORDERED status check hearing set for 10/6/23 at 11:30 a.m. is VACATED and RESET for 12/15/23, at 11:30 a.m., Courtroom 3A.

///
///
///

IT IS SO ORDERED:



Daniel J. Albregts, U.S. Magistrate Judge

/ / /

/ / /

## **CERTIFICATE OF SERVICE**

I declare under penalty of perjury under the law of the State of Nevada that the following is true and correct. That I served the **STIPULATION TO CONTINUE STATUS CHECK** in the following manner:

☐ **Mail**: By depositing a copy in the U.S. Mail, postage prepaid on _____, 2022. Addressed to:

☒ **Electronic**: Through the Court's electronic service system on **October 5, 2023**.

Dated: October 5, 2023                    Submitted By: */s/ Guadalupe Gonzalez*
                                          Print your name: Guadalupe Gonzalez

4