**STIP**
**MATTHEW STROMENGER, ESQ.**
Nevada State Bar No. 15464
THE MATIAN FIRM A.P.C.
400 S. 4th Street, Suite #215
Las Vegas, Nevada 89101
Telephone: (725) 218-3870
Facsimile: (725) 218-3871
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JOSE ARCOS-TRUJILLO,<br><br>Defendant, | Case No.: 2:22-MJ-00531-DJA-1<br><br>ORDER  to Close Case |

IT IS HEREBY STIPULATED AND AGREED , by and between Imani Dixon, United States Attorney, counsel for the United States of America, and Matthew Stromenger, counsel for JOSE ARCOS-TRUJILLO, that the Status Conference currently scheduled for December 15, 2023, at 11:30 a.m. be vacated and the case be closed. Additionally, per the plea agreement, the defense asks the court to amend the charge to Reckless Driving.

The Stipulation is entered into for the following reasons:

1. Counsel for Defendant received the completed sentencing requirements for DUI Level 1, Victim Impact Panel and fine paid in the amount of $750.00.
2. Defendant experienced a hardship that made it difficult for him to timely completing the eight (8) hour online alcohol awareness course.

1

3. Due to defendant's hardship, counsel for the government agreed to still move to amend the Count One to a charge of Reckless Driving and without the completion of the eight (8) hour online alcohol awareness course.
4. Therefore, the parties jointly request that defendant be permitted to withdraw his guilty plea to Count One for Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. § 4.23(a)(1).
5. The government moves to amend Count One to a charge of Reckless Driving, in violation of 36 C.F.R. § 4.2(b).
6. The parties jointly request that the above-captioned matter be closed.

Dated this 15th day of December 2023.

Respectfully submitted,

Dated: December 15, 2023          By:     */s/ Matthew Stromenger*
                                          MATTHEW STROMENGER, ESQ.
                                          Counsel for JOSE ARCOS-TRUJILLO

Dated: December 15, 2023          By:     /s/ *Imani Dixon*
                                          Imani Dixon, ESQ.
                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FPR THE DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE ARCOS-TRUJILLO,

    Defendant,

Case No.: 2:22-MJ-00531-DJA-1

**ORDER TO AMEND AND CLOSE CASE**

## FINDING OF FACTS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Government received the completed sentencing requirements for DUI Level 1, Victim Impact Panel and fine paid in the amount of $750.00.
2. Defendant experienced a hardship that made it difficult for him to timely completing the eight (8) hour online alcohol awareness course.
3. Due to defendant's hardship, counsel for the government agreed to still move to amend the Count One to a charge of Reckless Driving and without the completion of the eight (8) hour online alcohol awareness course.
4. Therefore, the parties jointly request that defendant be permitted to withdraw his guilty plea to Count One for Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. § 4.23(a)(1).
5. The government moves to amend Count One to a charge of Reckless Driving, in violation of 36 C.F.R. § 4.2(b).
6. The parties jointly request that the above-captioned matter be closed.

## **ORDER**

IT IS HEREBY ORDERED that Count One of the Complaint is amended to a charge of Reckless Driving, in violation 36 C.F.R. § 4.2(b).

IT IS HEREBY FURTHER ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this ___15th___ day of December, 2023

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury under the law of the State of Nevada that the following is true and correct. That I served the **STIPULATION TO CLOSE CASE** in the following manner:

☐ **Mail**: By depositing a copy in the U.S. Mail, postage prepaid on _____, 2022. Addressed to:

☒ **Electronic**: Through the Court's electronic service system on **December 15, 2023**.

Dated: December 15, 2023           Submitted By: */s/ Guadalupe Gonzalez*
                                   Print your name: Guadalupe Gonzalez